# UNITED STATES DISTRICT COURT
## District of Maine

| | |
|---|---|
| LEVI DWIGHT STOKES,<br>                Plaintiff<br><br>v.<br><br>PENOBSCOT COUNTY JAIL and SGT. MORIN,<br>                Defendants | Docket No.   1:20-cv-00121-DBH |

## ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS

NOW COME Defendants, Penobscot County Jail, Eric Petterson, Tyler Cadet, and Michael Morin, by and through undersigned counsel, and hereby respond to the allegations contained in Plaintiff's Complaint as follows:

### AFFIRMATIVE DEFENSES

A.   Plaintiff's Complaint fails to state a cause of action upon which relief may be granted.

B.   Plaintiff has not suffered any compensable damages resulting from the claims alleged in Plaintiff's Complaint.

C.   Plaintiff's damages, if any, were directly and proximately caused by the acts and/or omissions of an individual and/or entity other than these Defendants.

D.   Plaintiff's damages, if any, were directly and proximately caused by a legally sufficient superseding/intervening cause.

E.   Plaintiff has failed to mitigate his damages as required by law.

F.   The Defendants are entitled to immunity, including all immunities available under the Maine Tort Claims Act and qualified immunity.

G. Plaintiff's claims are barred by provisions of the Prison Litigation Reform Act, including but not limited to 42 U.S.C. § 1997e(a) and/or 42 U.S.C. § 1997e(e).

H. Defendant Penobscot County Jail is not a governmental entity and as such is not a "person" which is capable of being sued.

I. Plaintiff's Complaint is barred due to insufficiency of service and insufficiency of service of process.

ANSWER

1. The Defendants deny each and every averment set forth in Plaintiff's Complaint.[1]

WHEREFORE, Defendants pray for judgment in their favor against Plaintiff plus costs, interest, and attorneys fees.

Dated:   May 15, 2020

/s/   Peter T. Marchesi
Peter T. Marchesi, Esq.


/s/   Cassandra S. Shaffer
Cassandra S. Shaffer, Esq.

Wheeler & Arey, P.A.
Attorneys for Defendants
27 Temple Street
Waterville, ME   04901

---

[1] In that Plaintiff's Complaint does not contain numbered paragraphs, Defendants can only provide a general denial.

# UNITED STATES DISTRICT COURT
## District of Maine

| | |
|---|---|
| LEVI DWIGHT STOKES,<br>　　　　　　　Plaintiff<br><br>v.<br><br>PENOBSCOT COUNTY JAIL and SGT. MORIN,<br>　　　　　　　Defendants | )<br>)  Docket No. 1:20-cv-00121-DBH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

I, Peter T. Marchesi, Esq., attorney for Defendants, hereby certify that:

- Answer and Affirmative Defenses of Defendants

has been served this day on Plaintiff by filing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

    None

Copies of the above documents have been provided to the Plaintiff via United States Mail, postage prepaid, at the following address:

    Levi D. Stokes
    17 Mallison Falls Road
    Windham, ME   04062

Dated:  May 15, 2020　　　　　　　　　　　　　　 /s/   Peter T. Marchesi
　　　　　　　　　　　　　　　　　　　　　　　　　Peter T. Marchesi, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　Wheeler & Arey, P.A.
　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　　　　　　27 Temple Street
　　　　　　　　　　　　　　　　　　　　　　　　　Waterville, ME   04901