**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | |
|---|---|
| **LEVI DWIGHT STOKES,** ) | |
| ) | |
| **PLAINTIFF** ) | |
| ) | |
| v. ) | **CIVIL NO. 1:20-CV-121-DBH** |
| ) | |
| **PENOBSCOT COUNTY JAIL, ET AL.,** ) | |
| ) | |
| **DEFENDANTS** ) | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On November 30, 2020, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision on Motion to Dismiss. The plaintiff filed an objection to the Recommended Decision on December 11, 2020, and the defendant Med Pro filed its response to the objection on December 28, 2020. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The defendant Med Pro's motion to dismiss is **GRANTED** and the plaintiff's claims against it are **DISMISSED**.

**SO ORDERED.**

**DATED THIS 29TH DAY OF DECEMBER, 2020**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**