# UNITED STATES DISTRICT COURT
### District of Maine

| | |
|---|---|
| LEVI DWIGHT STOKES,<br>    Plaintiff<br><br>v.<br><br>PENOBSCOT COUNTY JAIL and SGT. MORIN,<br>    Defendants | Docket No.  1:20-cv-00121-DBH |

## STIPULATION OF DISMISSAL

NOW COME the parties and hereby stipulate that the above-captioned matter may be dismissed, with prejudice, and without costs, interest, or attorneys fees to any party.


Dated:  February 12, 2021       /s/   Levi Stokes
                      Levi Stokes, *Pro Se* Plaintiff


Dated:  March 16, 2021         /s/   Peter T. Marchesi
                      Peter T. Marchesi, Esq.
                      Wheeler & Arey, P.A.
                      Attorneys for Defendants
                      27 Temple Street
                      Waterville, ME   04901

**UNITED STATES DISTRICT COURT**
**District of Maine**

| | |
|---|---|
| LEVI DWIGHT STOKES,<br>　　　　　　Plaintiff<br><br>v.<br><br>PENOBSCOT COUNTY JAIL and SGT. MORIN,<br>　　　　　　Defendants | )<br>)  Docket No. 1:20-cv-00121-DBH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

I, Peter T. Marchesi, Esq., attorney for Defendants, hereby certify that:

- Stipulation of Dismissal

has been served this day on Plaintiff by filing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

　　　　None

　　　Copies of the above documents have been provided to the Plaintiff via United States Mail, postage prepaid, at the following address:

　　　　Levi D. Stokes
　　　　17 Mallison Falls Road
　　　　Windham, ME   04062

Dated:  March 16, 2021　　　　　　　　　　　　　　 /s/   Peter T. Marchesi
　　　　　　　　　　　　　　　　　　　　　　　　　Peter T. Marchesi, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　Wheeler & Arey, P.A.
　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　　　　　　27 Temple Street
　　　　　　　　　　　　　　　　　　　　　　　　　Waterville, ME   04901